OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

FILE COPY

6/3/2015

**CANTON, JAMARIOS LECHRISTOPHER** **Tr. Ct. No. F1017409** **PD-0673-15**

**COA No. 12-12-00118-CR**

On this day, this Court has granted the Appellant's Pro Se motion to reinstate appellant's pro se petition, previously filed in case number PD-0084-13. The petition will be transferred to the above styled case number.

Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 0 4 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *